UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:16-cr-162-DJH-LLK

JASON MOSS, Defendant.

\* \* \* \* \*

**<u>ORDER</u>**

Jason Moss, proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (Docket No. 36) Moss argues that he was denied effective assistance of counsel, that his conviction of both receiving and possessing child pornography violated the Double Jeopardy Clause of the Fifth Amendment, and that the prosecutor not seeking a further reduction in his sentence constituted prosecutorial misconduct. (*Id.*, PageID # 129) The Court referred this matter to United States Magistrate Judge Lanny King for report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) & (3). (D.N. 42)

Judge King issued his Findings of Fact, Conclusions of Law, and Recommendation on May 16, 2019. (D.N. 53) He recommended that Moss's § 2255 motion as to his first claim be denied both because Moss withdrew his ineffective-assistance claim and because he waived his pre-plea ineffectiveness claims by pleading guilty. (*Id.*, PageID # 231–32) As to the second claim, Judge King recommended denying Moss's § 2255 motion because his convictions for receiving and possessing child pornography were based on separate acts or transactions. (*Id.*, PageID # 232–35) Judge King also recommended denying the motion as to Moss's third claim because the United States decided not to file a Rule 35(b) motion and neither exception that would allow the Court to "second guess" that decision applies. (*Id.*, PageID # 235–36)

1

Regarding Moss's other requests, Judge King recommended that Moss be denied an evidentiary hearing "because there is no factual dispute" in this matter. (*Id.*, PageID # 237) And he recommended that Moss be denied a certificate of appealability because reasonable jurists would not disagree with the analysis. (*Id.*) The time for objections to the report and recommendation has now run, with no objections filed.

The Court need not review a magistrate judge's findings when no objection is made. *See Thomas v. Arn*, 474 U.S. 140, 150–52 (1985). Nevertheless, the Court has reviewed the record and agrees with Judge King's recommendation. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The Findings of Fact, Conclusions of Law, and Recommendation of Magistrate Judge Lanny King (D.N. 53) are **ADOPTED** in full and **INCORPORATED** by reference herein.

(2) Jason Moss's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (D.N. 36) is **DENIED**.

(3) A separate judgment will be entered this date.

June 17, 2019

**David J. Hale, Judge**
**United States District Court**